UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MOHAMEDU THAMIM, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

ZOOM CAR SPA, LLC, STEVE ROTLEVI, JOHN DOE, and JANE DOE,

                Defendants.

------------------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
16-cv-2166 (AMD) (RER)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 17 2018 ★
BROOKLYN OFFICE

Ann M. Donnelly, United States District Judge:

On May 2, 2016, the plaintiff, Mohamedu Thamim, filed a class and collective action complaint on behalf of himself and similarly situated employees of the defendants, alleging violations of the Fair Labor Standards Act and the New York Labor Law. The defendants reached a settlement with the named plaintiff, and on August 27, 2018, the parties filed a joint motion for approval of the settlement agreement. (ECF No. 81.)

After reviewing the parties' settlement agreement in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), Magistrate Judge Ramon E. Reyes, Jr. recommended that I approve the parties' settlement agreement. (Minute Order, August 30, 2018.) Judge Reyes ordered the parties to file objections by September 13, 2018. (*Id.*) To date, no objections have been filed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where, as here, no party has objected to the magistrate judge's recommendation, "a district court need only satisfy itself that there is no clear error on the face of the record." *Urena v. New York*, 160 F. Supp. 2d

606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

I have reviewed the terms of the parties' settlement agreement and adopt Judge Reyes' recommendation that I approve the settlement. The parties' settlement agreement [81] is approved, and the Clerk of the Court is respectfully directed to close the case.

**SO ORDERED.**

                                                              s/Ann M. Donnelly
                                                               Ann M. Donnelly
                                                               United States District Judge

Dated: Brooklyn, New York
         September 17, 2018